IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT HUGO STEWART,

    Petitioner,               No. CIV S-06-2359 RRB GGH P

    vs.

D.K. SISTO, et al.,

    Respondents.             ORDER
_____/

        Petitioner is a state prisoner proceeding pro se with a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254.  On May 17, 2007, the court recommended that respondent's motion to dismiss on grounds that this action is barred by the statute of limitations be granted.  In the findings and recommendations, the court stated that petitioner made no argument that he was entitled to equitable tolling.

        On May 31, 2007, petitioner filed objections to the findings and recommendations.  Petitioner argues that he is entitled to equitable tolling because at the time he entered his plea in 2003 he had a third grade education.  Petitioner states that it took him from February 4, 2003, to July 2006 to get his reading comprehension to a level high enough to be able to file the instant action.

/////

1

The findings and recommendations are vacated so that the issue of equitable tolling may be considered.

Accordingly, IT IS HEREBY ORDERED that:

1. The May 17, 2007, findings and recommendations are vacated;

2. Within twenty days of the date of this order, respondent shall file further briefing addressing petitioner's claim that he is entitled to equitable tolling based on his lack of education; petitioner may file a reply within twenty days thereafter.

DATED: 6/19/07

/s/ Gregory G. Hollows

UNITED STATES MAGISTRATE JUDGE

stew2359.vac