IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **ROBERT HUGO STEWART,** | CIV S-06-2359 RRB GGH P |
| Petitioner, | **ORDER** |
| v. | |
| **D.K. SISTO, Warden,** | |
| Respondent. | |

Respondent has requested a thirty-day extension of time in which to file a response to the Court's June 20, 2007, order. GOOD CAUSE APPEARING, Respondent is granted an extension of time to and including August 8, 2007, in which to file a response to the Court's June 20, 2007, order.

Dated: 7/10/07      /s/ Gregory G. Hollows
_____
GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

stew2359.eot

Order

1